# 854    CASES REPORTED WITH BRIEF SYLLABI.

miss appeal granted.    Present — Dowling, Laughlin, Smith, Merrell and Green-baum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT F. LESLER.— Motion to dismiss appeal granted.    Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MARY F. KLOBERG and Others v. MARTHA P. TELLER, Individually, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of CHRISTIAN J. McWILLIAMS, an Attorney.— Motion granted. Settle order on notice.    Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

## SECOND DEPARTMENT, MARCH, 1922.

CORNELIUS GALLAGHER, Respondent, v. EDWARD S. PEROT and MINNIE B. JACKSON, as Executrix, etc., Appellants.— Motion for leave to appeal to the Court of Appeals denied.    Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

In the Matter of ROBERT McCORD, an Attorney and Counselor at Law.— Motion granted, and the name of Robert McCord stricken from the roll of attorneys.    Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

In the Matter of JACOB STEIN, an Attorney.— Motion for reargument or for leave to appeal to the Court of Appeals denied.    Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

JESSIE M. McCURDY, Plaintiff, v. MAX LEVY and Others, Defendants.    HOWARD O. PATTERSON, Receiver, Respondent, v. DAVID J. KATZ and Others, Tenants, Appellants.— Motion granted on condition that a surety company bond in the sum of $750 be filed to secure the payment of the rent accruing between the time of the entry of the order appealed from and the disposition of the appeal; also on condition that the appeal be perfected for the April term (for which term this case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs.    Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.    Settle order before Mr. Justice Manning.

FRANK OLIVE, Plaintiff, v. MAX LEVY and Others, Defendants.    HOWARD O. PATTERSON, Receiver, Respondent, v. DAVID J. KATZ and Others, Tenants, Appellants.— Motion granted on condition that a surety company bond in the sum of $750 be filed to secure the payment of the rent accruing between the time of the entry of the order appealed from and the disposition of the appeal; also on condition that the appeal be perfected for the April term (for which term this case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs.    Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.    Settle order before Mr. Justice Manning.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB COHEN, Appellant.— Motion denied.    Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE J. HOFFMAN, Respondent, v. EDWARD W. COX, as County Clerk of Queens County, and Another,